RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 12-21-09

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ROBERT HENRY DELANEY | CIVIL ACTION NO. 09-1643 |
| VERSUS | JUDGE HAIK |
| LOUIS ACKAL, ET AL. | MAGISTRATE JUDGE METHVIN |

### ORDER OF RECUSAL

Pursuant to 28 U.S.C. 455, I hereby disqualify myself from the handling of the referenced proceeding. The Clerk of Court is hereby directed to erase the case from the undersigned's docket and to transfer the same to Chief Judge Robert G. James for reassignment. All pending motions, pre-trial and trial dates are continued and will be reset by the judge to whom the case will be assigned.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 21st day of December, 2009.

RICHARD T. HAIK, SR.
DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA