RECEIVED
DEC 3 0 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ROBERT HENRY DELANEY | CIVIL ACTION NO. 09-1643 |
| VERSUS | JUDGE DOHERTY |
| LOUIS ACKAL, ET AL. | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously field herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED that plaintiff's civil rights complaint be DISMISSED WITH PREJUDICE as frivolous, for failing to state a claim for which relief may be granted, and for seeking monetary relief against a defendant who is immune from such relief in accordance with the provision of 28 U.S.C. § 1915(e)(2)(B)(i), (ii), and (iii).

THUS DONE AND SIGNED in Lafayette, Louisiana on this __30__ day of __December__, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE